UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wendy Marie Drews,
Roland Bristol, and E.B.

Write the full name of each plaintiff.

-against-

GoldOller Real Estate Investments
Lynmark Group - Orange Avenue
Apartments, LLC DBA The Sheldon's
at Suffern Station

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

# 24 CV 6697

_____CV_____
(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Federally Protected Class Status Human Rights Survivor - VAWA, 18 US Codes 1201 Sections (c) and (g), 18 US 241 Conspiracy against human rights, Interference with parential rights, 18 USC 1514 harrassment 18 US code 2261A, and Amendments 1, 2, 3, 4, 5, 6, 7, 8, & 14. 42 USC Section 1983.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,   Wendy Drews                              , is a citizen of the State of
(Plaintiff's name)

New York State
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

II. Parties

A. Plaintiff Information

Roland E. Bristol
P.O. Box 206
Rockland County Suffern, New York 10901
(845) 570-7751    bristol8517@gmail.com

E.B. DOB (2/16/2007)

Defendant 4:

_____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State                 Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 92 Blauvelt Way Suffern, N.Y. 10901

Date(s) of occurrence: 5/31/2023 ~~Abduction~~ Abduction of my minor child Gore for 454 days

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

My family and I lives are now irreversibly harmed. The level of damages cannot be expressed in words. I will include BWC from the day I wasn't home 5/31/2003. This evidence was withheld from the state by lawyers and Rockland County DSS. I filed a human rights case in which Gold Oller Investments lawyer for their agent lied to the State. Its filed under case number 10233271 I am worried that the state cannot handle the case. I reported fraud to OIG they forwarded it to the DOJ Comp-24-004316 I appealed in Supreme Court as the courts were influenced to deny due process rights by these people so my son could never come home ever again. Bylaw investigation by DSS should be resolved within 60 days. This case was not reported to the New York State Bureau.

Page 5

Today I learned that after being subjected to crimes and criminal acts on property that Goldstein partners helped Greg Weiss seal the case. I learned he was fingerprinted and arrested at Suffern Village Court December of 2020. The Judge gave us (my sons and I) an order of protection. Greg Weiss also may have worked for the Lynmark Group. He wouldn't stop harassing my family and I for 16 months. There's stuff that happened after. Then their agent Carla started harassing me once she began she never stopped. She recently put a debt on my credit report after I filed my rebuttal with NYS human rights. It was removed after two weeks. My FICA score dropped 22 points.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The trauma of my son being abducted after property management unlocked my door is too much. They knew I was a former Domestic violence victim which makes this even worse crime as I am supposed to be federal protected class status. I tried to get counseling but since I was a crime victim nobody would help me through any of this. I now been subjected to cruel and unusual punishment I lost my son and they violated human and Constitional Rights.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I sent them notice of intention to sue by legal process server. They ignored me and started slandering me by stating I was a conspiracy theorist which I am not. I was being so severely harrassed that I put down a large amount $100,000,000.00 One Hundred million Dollars I just wanted to be left alone. All I wanted was my son to come back home and I would have left. They influenced the courts so he was held hostage for 142 days and forced to leave his life, the County, his job, us, we lost everything. We are not the only victims here.

Page 6

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, Gold Oller Real Estate Investments, is incorporated under the laws of

the State of New York & Pennsylvania 4 Executive Blvd. Suffern

and has its principal place of business in the State of New York 107 South 2nd St. Suite 500

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Wendy                          M.               Drews
First Name                 Middle Initial      Last Name

P.O. Box 206
Street Address

Rockland Suffern          New York          10901
County, City              State             Zip Code

(845) 925-0307            wendydrewsphotography@gmail.com
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Goldoller Real Estate Investments
First Name                              Last Name

Management company for Orange Avenue Apartments, LLC.
Current Job Title (or other identifying information)

DBA The Sheldon's at Suffern Station 4 Executive Blvd.
Current Work Address (or other address where defendant may be served)

Rockland Suffern        New York        10901
County, City                State            Zip Code

Defendant 2:

LynMark Group
First Name                              Last Name

(Joshua T. Goldstein) Property Owner
Current Job Title (or other identifying information)

4 Executive Blvd.
Current Work Address (or other address where defendant may be served)

Rockland        Suffern        New York        10901
County, City                State            Zip Code

Defendant 3:

Carla Hines-Melcher
First Name                              Last Name

Property Manager
Current Job Title (or other identifying information)

92 Blauvelt Way
Current Work Address (or other address where defendant may be served)

Rockland        Suffern        New York        10901
County, City                State            Zip Code

# LETTER OF INTENT TO SUE

Wendy Drews

92 Blauvelt Way , Apt 605, Suffern, New York, 10901

1(845)925-0307

wendydrewsphotography@gmail.com

Effective Date: November 10 2023

## RE: NOTICE OF INTENT TO FILE LAWSUIT

Dear Orange Avenue Apartments, LLC. d/b/a The Sheldon At Suffern Station Apartments Landlord Carla Hines-Melcher,

This letter of intent to sue shall serve as a formal notice that Wendy Drews intends to commence a lawsuit against you due to the following: Property Manager Carla Hines-Melcher

92 Blauvelt way

Suffern, New York 10901

Carla Melcher-Hines is using attorney Service bureau PO Box 382 Pomona, New York 10970, 845-638-1323

Gold Oller Real Estate Investments

Management Company

107 S 2nd St #500, Philadelphia, PA 19106

Page 1

Property Owners Developed by

LynMark Group

4 Executive Blvd Montebello NY 10901. (845) 357-7000

The potential punishments for a federal kidnapping charge are quite severe. In the majority of cases the sentence of at least 20 years could result. Even an attempt to commit a kidnapping could result in imprisonment for up to 20 years. In addition, the Violent Crime Control Act and the Law Enforcement Act of 1994 reinstated the death penalty for kidnapping where the death of any person results. As, with federal charges of Kidnapping in New York State, allegations of Interstate Stalking, In violation of 18 U.S. Code § 2261A , should be taken extremely serious as convictions carry maximum sentences of ranging from 5 years to life imprisonment.

Violation of the 4th Amendment— a search or seizure is illegal under the Fourth Amendment if it happens without consent, a warrant, or probable cause to believe a crime has been committed.

Invasion of privacy and Libel & Slander

Those four types are 1) intrusion on a person's seclusion or solitude; 2) public disclosure of embarrassing private facts about a person; 3) publicity that places a person in a false light in the public eye; and 4) appropriation, for the defendant's advantage, of the person's name or likeness.

Quiet enjoyment is an implied provision — an invisible clause — that imposes an obligation on the LANDLORD to benefit the tenant/lessee. The covenant requires the landlord to provide the tenant/lessee with "quiet and peaceable" possession of the leased premises.

Under New York's rent-regulation laws, harassment is defined as conduct by a landlord that directly or indirectly interferes with, or is intended to interfere with, your privacy, comfort, and enjoyment of your dwelling

The Third Amendment has instead been cited by courts as evidence that the Constitution created a general right of privacy for individuals, to protect them from government intrusion into their personal affairs. The Fourth Amendment protects people against unreasonable searches and seizures by government officials.

The Fifth Amendment protects the right to private property in two ways. First, it states that a person may not be deprived of property by the government without "due process of law," or fair procedures.

Any owner who is found to have collected an overcharge "...shall be liable to the tenant for a penalty equal to three times the amount of the overcharge. If the owner establishes by a preponderance of the evidence that the overcharge was not willful, the... (DHCR)... shall establish the penalty as the amount of the overcharge plus interest." Otherwise, the imposition of treble damages for pre-HSTPA overcharge complaints will be assessed against any overcharges collected beginning two years before the filing of the complaint. However, for post-HSTPA overcharge complaints (filed on or after June 14, 2019), the imposition of treble damages can be assessed against any overcharges collected beginning up to six years before the complaint's filing.

When I moved in here June of 2019 the lease amounts where changed I signed the contract and Carla told me it was the incorrect amount she changed the rental amount. I had already moved in and did not realize that those actions were unlawful and illegal. I was always a model tenant and experienced crime here as a human rights survivor I was targeted here. I never expected my son to be abducted by the resident cop that I knew. These crimes are federal crimes. I also was told that I had to prepay the rent up front to move into the apartment building. I always paid annually and when I was being harassed and received an Order of Protection from a Judge she wouldn't refund me the rent that I prepaid. I wanted to leave and recover and they wouldn't let me leave as I had prepaid the entire year. I did this as I did not want to be bothered but I was being scammed here every year. These apartments were listed in the media as 1700-2400 rentals when the Property owners were featured in the news media before opening. They hired a management team and they hired this property manager who is not ethical or good. She has worked for the company for 4 years and she also discriminated against other residents. When I opened my Navy Federal Bureau Account as my family has Military retired Lieutenants The bank teller saw my address. She started to talk and said that her cousin lived on the 6th floor with me and that Carla had illegally discriminated against her cousin and boyfriend as being too young to live at The Sheldon's that they come and go all hours of the night and day. Carla had refused to renew the lease to them and they are the former chief of police Clarke Osborn niece. I believe something else is going on due to the nature of the crimes that I have experienced here as a resident. There is a housing crisis here there is literally no apartments or housing and I had the duty to see my kids gradated High School and leaving but Carla unlocked my door intercepted the deadbolt with a string and allowed the police without a warrant to abduct my 16 year old son. The amount of harm and damage done to my child because this toxic property manager has run wild with power of control and she cares nothing about residents at all. She only cares about commission. She begged me December 2019 to do nothing about Greg Weiss as he gave her commission. She said she really need the money she also told me at another point that her house taxes increased 22% and how management could not afford to pay for the trash removal fees. All the residents suffered for this we just went though too much here. One resident got so mad they broke the garbage compactor by throwing a printer machine which broke the entire garbage shoot. They put up camera for that but not for domestic terrorism in the building? We have never been truly safe here with this type of property manager. She then flips the scenario on me that I am the dangerous one to all residents and the building and wanted to put that on my record? She wants to evict me after Invested $160,000 and 5 years of my life here for my son's to graduate and had my son abducted! All for profit to rent my apartment out for $5,000 this greed is the downfall of this building. This building was named after a man of excellence and built by the family and he would be grossly disappointed at the fact his name is connected with these actions. I have not gone to the media as I

Page 3

understand Gold Oller wants this place to be Golden and to make up for issues in Georgia or down South. I can understand that they would not want this in the media. There is so much fraud involved with frivolous litigation, wording in leases, behavior conduct as property manager, and actions against residents here at The Sheldon's it goes beyond all bounds of decency with the intentional infliction of emotional distress. It's all about control and people on these types of power trips are unstable. I cannot even begin to analyze what personality disorder goes with the intentional kidnapping abduction of a child and the destroying of a single Mom's new life and beginning. My poor child he was a thrown into a basement unfinished basement for 142 days and abused lived with cockroaches and spiders. He was not allow to work or see his Mom all but 1 hour a week because this Property manager unlocked my door! She allowed trespassing on the main entrance by resident cop without a warrant they came to intimidate me. I had two woman that I knew for 6 years lie about me and a NP I am m medical malpractice victim of 1 year weaponized CPS against me these are felonies. Ex. Partie Papers were drawn up I was not served to go to court that day. The cop did not verify I was served to go to court and said she was going to arrest me for contempt of court. This building is being run and rented to criminals. She had no grounds to take away my son and displaced into foster care at the age of 16 almost 17 years old. When I first moved here Harold Atrip kept getting court letters to my apartment and regular cop visits that had arrest warrants. Carla told me that she could not cooperate with the police as there are strict tenant laws for residents. That she could not disclose his location due to privacy rights. So, She discriminated against me twice here.

Witnesses are my son's age 16 & 20. Roland Bristol and Ethan Bristol. I was harassed here from Fall 2019-January 8, 2021 Greg Weiss was finally evicted he lived under me and wouldn't stop harassing us even when we had OP. She keeps trying to evict me over and over again. She said we failed a fire inspection and it backfired on her. She refused to renew the lease stating we were dangerous to other tenants. I had a medical emergency as a medical malpractice victim instead of providing help they kept harassing me. I will copy and paste my last defense in court September 19, 2023 at the bottom. She unlocked my door I was not home my son was abducted and thrown into foster care for 142 days. The courts lie and said I had SED a childhood mental health disorder adults can't have it and they made him leave The County 10/20/23 he was in culinary program for graduation 2025. Now I am in custody battle and don't have the $15,000 to fight for my son back I am a domestic violence survivor. I also having my child support garnished by The City commissioner and being charged almost $6,000 for my son's foster care placement.

They said they dismissed case and would work out a settlement with me.

Property Management Company

Gold Oller Main Office

Gold Oller New York Office

Property Owners

The Lynmark Group

Ramapo court house dismissed case from September 19, 2023 receipt # PO2667 for case no: 23080229. Ramapo Town Court 237 NY-59 Suffern, NY 10901.

Invested my annuity and savings $160,000 in this apartment to get my son's both graduated from HS.

Potential Loss Sole Custody

Privacy Violations

Right Implied Warranty

Illegal Harassment

Illegal Discrimination

Frivolous Litigation

Breach Of Contract

Trespassing

Illegal Entry lead to

1-Federal Child Abduction

2-Illegal Imprisonment No Grounds

3-Family Court

Financial Privacy Violations

Defamation of Character Slander

Illegal Eviction holdover action while protected under ERAP until March 1, 2024

RPAPL 741 violations

Early bird rental scams to sign or else

Rent was raised during the pandemic

Turned into crime victim as resident here received order of protection against Gregory A Weiss 7/13/65 yet cited as the dangerous one to all tenants Spring of 2023

Top ten renter rights violations NYS laws they have process servers that live on the 3rd floor and cops they allowed to go after residents on the 4th floor.

Non working dryer for months and replaced with defective machine with broken washer. For the first few years I never had working appliances. Threats to tow my car moved my resident parking over The Memorial Day Weekend when my son was abducted.

Stove was shut off September 2023 for 21 days & Carla knocking at my door for over 20 minutes straight! Constant notes under my door harassment of my child as he walked home from school with notes slide under his feet as he closed the door.

Cornering my older son in the elevator this summer Carla told him the apartment had been pre-rented. After that she asked him twice to process serve delivery of paperwork to me as he arrived home and as he would be leaving.

Weaponizing law enforcement

Failure to provide Covenant of quiet enjoyment and peace

Acting as officer of the Law assisting in Abduction of my minor child

Improper Service

Federal Protected class status NYSHRL

Domestic Violence Survivor

I was targeted here management did nothing to protect me as a resident. I had to hire lawyers for help. They didn't response to the lawyers. Yankwitt, LLP. 140 Grand St Suite 705, White Plains, NY 10601 Court defense 9/19/23

1 . Petitioner has misstated run afoul of RPAPL 741. strict statutory requirements of Real Property Actions and Proceedings Law ("RPAPL") 741(4). 2. Action is retaliatory and is connected to my and my children's status as crime victims, for which we obtained a criminal order of protection. deprived me from having quiet enjoyment of the subject property from 12/2019 until 1/2021. Harassed by the property manager who is an agent of the Petitioner from 11/5/22 to 3/7/23 ongoing On 5/31/23 Petitioner breaking and entering apartment negatively impacted the my life and the lives of my children. 3. ERAP award in March 2023. Petitioner should not do holdover action against me at this time.4.matter should be dismissed. 5. Finally, I reserve the right to pursue any further appropriate legal remedies.

See exhibit A 19 pages of legal documents from Justice Court of the Town of Ramapo, County Of Rockland, State of New York dismissed September 19, 2023. I was told they would settle and they did nothing to settle.

There are five crucial components of terrorism, an involvement of an act of violence, an audience, the creation of a mood of fear, innocent victims, and political goals or motives.

Abduction means the taking of a person against their will, generally by means of persuasion, fraud, or force.

The Violence Against Women Act of 1994(VAWA) is a United States federal law (Title IV of the Violent Crime Control and Law Enforcement Act, H.R. 3355

Acts of violence which are covered under R.A. 9262

Who may file a complaint under R.A. 9262

Any citizen having personal knowledge of the circumstances involving the commission of the crime may file a complaint because violence against women and their children is considered a PUBLIC crime.

Define children as used under R.A. 9262.

"Children" refers to those below eighteen (18) years of age or older but are incapable of taking care of themselves as defined under Republic Act No. 7610. As used in this Act, it includes the biological children of the victim and other children under her care.

Psychological Violence – Acts or omissions causing or likely to cause mental or emotional suffering of the victim which includes, but is not limited to the following:

Controlling or restricting the woman's or her child's movement or conduct

Threatening to or actually depriving the woman or her child of custody or access to her/his family;

Depriving or threatening to deprive the woman or her child of a legal right;

Causing mental or emotional anguish, public ridicule or humiliation to the woman or her child, e.g. repeated verbal and emotional abuse, and denial of financial support or custody or minor children or denial of access to the woman's child/children

Threatening or actually inflicting physical harm on oneself for the purpose of controlling the woman's actions or decisions;

It includes causing or allowing the victim to witness the physical, sexual or psychological abuse of a member of the family to which the victim belongs, or to witness pornography in any form or to witness abusive injury to pets or to unlawful or unwanted deprivation of the right to custody and/or visitation of common children.

Causing substantial emotional or psychological distress to the woman or her child:

Stalking or following the woman or her child in public or private places;

Peering in the window or lingering outside the residence or the woman or her child;

Page 7

Entering or remaining in the dwelling or on the property of the woman or her child against her/his will;

Destroying the property and personal belongings or inflicting harm to animals or pets of the woman or her child;

Engaging in any form of harassment or violence

What are the penalties for committing VAWC?

Offenders proven in court to be guilty of the crime shall be penalized with: imprisonment ranging from 1 month and 1 day to 20 years payment of P100,000 to P300,000 in damages mandatory psychological counseling or psychiatric treatment.

Loss of future occupational stress developing ptsd/anxiety.

What is the prescriptive period for a complainant to file a complaint?

The criminal complaint may be filed within twenty (20) years from the occurrence or commission for the following acts:

Causing physical harm or emotional harm to the woman or her child

Threatening to cause the woman or her child physical harm or emotional harm

Attempting to cause the woman or her child physical harm or emotional harm

Placing the woman or her child in fear of imminent physical harm

Attempting to compel or compelling the woman or her child to engage in conduct which the woman or her child has the right to desist from or to desist from conduct which the woman or her child has the right to engage in, or attempting to restrict or restricting the woman's or her child's freedom of movement or conduct by force or threat of force, physical or other harm or threat of physical or other harm, or intimidation directed against the woman or her child. This shall include, but not limited to, the following acts committed with the purpose or effect of controlling or restricting the woman's or her child's movement or conduct:

Threatening to deprive or actually depriving the woman or her child of custody or access to her/his family

Depriving or threatening to deprive the woman or her children of financial support legally due her or her family, or deliberately providing the woman's children insufficient financial support

Depriving or threatening to deprive the woman or her child of a legal right

Preventing the woman in engaging in any legitimate profession, occupation, business or activity, or controlling the victim's own money or properties, or solely controlling the conjugal or common money, or properties

Page 8

Inflicting or threatening to inflict physical harm on oneself for the purpose of controlling her actions or decisions

The criminal complaint may be filed within ten (10) years from the occurrence or commission for the following acts:

Causing or attempting to cause the woman or her child to engage in any sexual activity which does not constitute rape, by force or threat of force, physical harm, or through intimidation directed against the woman or her child or her/his immediate family

Engaging in purposeful, knowing, or reckless conduct, personally or through another that alarms or causes substantial emotional or psychological distress to the woman or her child. This shall include, but not be limited to the following acts:

Stalking or following the woman or her child in public or private places

Peering in the window or lingering outside the residence of the woman or her child

Entering or remaining in the dwelling or on the property of the woman or her child against her/his will

Destroying the property and personal belongings or inflicting harm to animals or pets of the woman or her child

Engaging in any form of harassment or violence

Causing mental or emotional anguish, public ridicule or humiliation to the woman or her child, including, but not limited to, repeated verbal and emotional abuse, and denial of financial support or custody of minor children or denial of access to the woman's child/children.

**I. THE PLAINTIFF.** Wendy Drews (the "Plaintiff").

**II. THE DEFENDANT.** Orange Avenue Apartments, LLC. d/b/a The Sheldon At Suffern Station Apartments Landlord Carla Hines-Melcher, Gold Oller Management, Property owners Lynmark Group (the "Defendant").

**III. SETTLEMENT DEMAND.** As a result of your actions, the Plaintiff is willing to resolve the matter for a payment of $1,000,000,000.00. This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 30 days from the Effective Date.

**IV. GOVERNING LAW.** This Letter of Intent shall be governed under the laws of the State of New York.

Sincerely,

Wendy Drews

13-3623. Child or vulnerable adult abuse; emotional abuse; classification; exceptions; definitions

A. Under circumstances likely to produce death or serious physical injury, any person who causes a child or vulnerable adult to suffer physical injury or, having the care or custody of a child or vulnerable adult, who causes or permits the person or health of the child or vulnerable adult to be injured or who causes or permits a child or vulnerable adult to be placed in a situation where the person or health of the child or vulnerable adult is endangered is guilty of an offense as follows:

1. If done intentionally or knowingly, the offense is a class 2 felony and if the victim is under fifteen years of age it is punishable pursuant to section 13-705.

2. If done recklessly, the offense is a class 3 felony.

3. If done with criminal negligence, the offense is a class 4 felony.

B. Under circumstances other than those likely to produce death or serious physical injury to a child or vulnerable adult, any person who causes a child or vulnerable adult to suffer physical injury or abuse or, having the care or custody of a child or vulnerable adult, who causes or permits the person or health of the child or vulnerable adult to be injured or who causes or permits a child or vulnerable adult to be placed in a situation where the person or health of the child or vulnerable adult is endangered is guilty of an offense as follows:

1. If done intentionally or knowingly, the offense is a class 4 felony.

2. If done recklessly, the offense is a class 5 felony.

3. If done with criminal negligence, the offense is a class 6 felony.

C. For the purposes of subsections A and B of this section, the terms endangered and abuse include but are not limited to circumstances in which a child or vulnerable adult is permitted to enter or remain in any structure or vehicle in which volatile, toxic or flammable chemicals are found or equipment is possessed by any person for the purpose of manufacturing a dangerous drug in violation of section 13-3407, subsection A, paragraph 3 or 4. Notwithstanding any other provision of this section, a violation committed under the circumstances described in this subsection does not require that a person have care or custody of the child or vulnerable adult.

D. A person who intentionally or knowingly engages in emotional abuse of a vulnerable adult who is a patient or resident in any setting in which health care, health-related services or assistance with one or more of the activities of daily living is provided or, having the care or custody of a vulnerable adult, who intentionally or knowingly subjects or permits the vulnerable adult to be subjected to emotional abuse is guilty of a class 6 felony.

E. This section does not apply to:

1. A health care provider as defined in section 36-3201 who permits a patient to die or the patient's condition to deteriorate by not providing health care if that patient refuses that care directly or indirectly through a health care directive as defined in section 36-3201, through a surrogate pursuant to section 36-3231 or through a court appointed guardian as provided for in title 14, chapter 5, article 3.

2. A vulnerable adult who is being furnished spiritual treatment through prayer alone and who would not otherwise be considered to be abused, neglected or endangered if medical treatment were being furnished.

F. For the purposes of this section:

1. "Abuse", when used in reference to a child, means abuse as defined in section 8-201, except for those acts in the definition that are declared unlawful by another statute of this title and, when used in reference to a vulnerable adult, means:

(a) Intentional infliction of physical harm.

(b) Injury caused by criminally negligent acts or omissions.

(c) Unlawful imprisonment, as described in section 13-1303.

(d) Sexual abuse or sexual assault.

2. "Child" means an individual who is under eighteen years of age.

3. "Emotional abuse" means a pattern of ridiculing or demeaning a vulnerable adult, making derogatory remarks to a vulnerable adult, verbally harassing a vulnerable adult or threatening to inflict physical or emotional harm on a vulnerable adult.

4. "Physical injury" means the impairment of physical condition and includes any skin bruising, pressure sores, bleeding, failure to thrive, malnutrition, dehydration, burns, fracture of any bone, subdural hematoma, soft tissue swelling, injury to any internal organ or any physical condition that imperils health or welfare.

5. "Serious physical injury" means physical injury that creates a reasonable risk of death or that causes serious or permanent disfigurement, serious impairment of health or loss or protracted impairment of the function of any bodily organ or limb.

6. "Vulnerable adult" means an individual who is eighteen years of age or older and who is unable to protect himself from abuse, neglect or exploitation by others because of a mental or physical impairment.