UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENDY MARIE DREWS,

               Plaintiff,

       -against-

GOLDOLLAR REAL ESTATE
INVESTMENTS; LYNMARK GROUP-
ORANGE AVENUE APARTMENTS, LLC,
DBA THE SHELDON AT SUFFERN
STATION; CARLA HINES-MELCHER,

             Defendants.

24-cv-6697 (LLS)

CIVIL JUDGMENT

---

For the reasons stated in the February 25, 2026, order, Plaintiff's federal claims are dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines to exercise supplemental jurisdiction of her state law claims, 28 U.S.C. § 1367(c)(3).

SO ORDERED.


Dated:    March 4, 2026
          New York, New York


                         /s/ Louis L. Stanton
                           LOUIS L. STANTON
                      United States District Judge